

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2014

No. 04-14-00768-CV

**IN RE** Dawn Renee **GARZA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Patricia O. Alvarez, Justice

On November 4, 2014, relator Dawn Renee Garza filed a petition for writ of mandamus and motion for temporary stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for temporary stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 5th, 2014.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2006CI17882, styled *In the Interest of L.A.A., A Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Janet P. Littlejohn presiding.